# Court of Appeals
# of the State of Georgia

ATLANTA,___April 30, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1637. VERONICA C. MCCLENON v. STACY R. AVANT.**

Veronica McClenon filed this action against Stacy Avant after she was injured in an automobile collision. The parties reached a settlement agreement, under which Avant agreed to pay $8,000, and the trial court granted Avant's motion to enforce that agreement. McClenon filed this appeal.

Pursuant to OCGA § 5-6-35 (a)(6), appeals in all actions for damages in which the judgment is $10,000 or less shall comply with the discretionary appeals procedure. Because this suit is an action for damages and the judgment entered was less than $10,000, a discretionary application was required under OCGA § 5-6-35. See *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998); see also *Brunswick v. Todd*, 255 Ga. 448 (339 SE2d 589) (1986) (holding that the "yardstick" set forth in OCGA § 5-6-35 (a)(6) applies to the final result in an action for damages, not the amount of relief sought). Given McClenon's failure to file such an application, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/30/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, *Clerk.*